```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                       :
                                                       :
                                                       :   19-CV-01344 (ARR) (CLP)
HAMILTON INSURANCE COMPANY                             :
INDIVIDUALLY AND AS SUBROGEE OF                        :   NOT FOR ELECTRONIC
ITS INSUREDS, DOM YOUNG GROUP, INC.,                   :   OR PRINT PUBLICATION
 d/b/a THE COMMODORE,                                  :
                                                       :   ORDER
              Plaintiff,                               :
                                                       :
     -against-                                         :
                                                       :
                                                       X
ANTHONY BROSS, INC., and MASTER FIRE
PREVENTION SYSTEMS, INC.,

              Defendants.

-----------------------------------------------------------------------
```

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 30, 2020, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion to file an Amended Complaint, amending the caption and correcting the name of the defendant Master Fire Prevention Systems to Master Fire Systems,

Inc. is granted. Defendant Master Fire Prevention Systems, Inc.'s motion to vacate the Clerk's entry of default is also granted.

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated:      October 20, 2020
            Brooklyn, New York

2